## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK HANNA (#132872)** | **CIVIL ACTION NO.** |
| **VERSUS** | **21-249-JWD-SDJ** |
| **JOHN BEL EDWARDS, ET AL.** | |

### RULING

Plaintiff Mark Hanna instituted this action pursuant to 42 U.S.C. § 1983 on or about April 29, 2021.[1] Plaintiff requested to proceed as a pauper in this action, but because his statement of account demonstrated sufficient funds to pay the $402.00 filing fee, his request was denied.[2] Plaintiff was warned that failure to pay the filing fee would result in dismissal of his action without further notice from the Court. The time for Plaintiff to pay the filing fee has expired. Accordingly,

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to pay the filing fee associated with this action. A judgment will be issued accordingly.

Signed in Baton Rouge, Louisiana, on June 15, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 1.
[2] R. Docs. 2 & 3.